STATE OF NEW JERSEY v. DAVID SHEFFIELD.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KELVIN EUGENE HALL.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTOINE HAMILTON.

July 7, 1987.

Petition for certification denied.   (See 217 *N.J.Super.* 51)

STATE OF NEW JERSEY v. CHARLES PARKER.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LOUIS D'AGOSTINO.

July 7, 1987.

Petition for certification denied.